IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

TAJ PROPERTIES, LLC, ET. AL.

    PLAINTIFFS

V.                                                                                              CASE NO. 8:22-CV-02313

SERVIS ONE, INC. D/B/A

BSI FINANCIAL SERVICES, ET. AL.

    DEFENDANTS

---

### MOTION TO DISMISS

COMES NOW, Servis One, Inc. d/b/a BSI Financial Services (hereinafter "BSI"), Wilmington Savings Fund Society, FSB (hereinafter "Wilmington"), and LH-NP-Strat Delaware Owner Trust (hereinafter "LH-NP"), by and through undersigned counsel and hereby responds to the Complaint filed herein and moves to dismiss the case and in support thereof states as follows:

### SWDC Investments, LLC Background

1. SWDC Investments, LLC (hereinafter "SWDC") is a Maryland LLC formed by Thomas J. Alston on November 19, 2015. *See* Exhibit 1 attached hereto and incorporated herein by reference.

2. On December 27, 2016, SWDC obtained a loan in the principal amount of $55,000.00 from Visio Financial Services, Inc. (hereinafter "SWDC loan").

3. The SWDC loan was secured by a Deed of Trust recorded among the land records of Baltimore City, Maryland at Book 19056 Page 357.

4. On February 22, 2017 the SWDC loan Deed of Trust was assigned from Visio Financial Services, Inc. to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Owner Trustee of Residential Credit Opportunities Trust II

(hereinafter "Wilmington") by virtue of an assignment of Deed of Trust recorded among the land records of Baltimore City at Book 19520 Book 383.

5. Additionally, the note was endorsed from Visio Financial Services, Inc. to Wilmington.

6. Wilmington retained the services of BSI Financial as its servicer.

7. SWDC Investments, LLC charter was forfeited by the Maryland Department of Assessments and Taxation on October 16, 2018. *See* Exhibit 2 attached hereto and incorporated herein by reference.

8. On March 12, 2020 Thomas J. Alston formed a new corporation and named it the identical name SWDC Investments, LLC. *See* Exhibit 3 attached hereto and incorporated herein by reference.

9. On or about February 11, 2022 the SWDC Loan was paid in full and the Deed of Trust released.

### TAJ Properties, LLC Background

1. TAJ Properties, LLC ("hereinafter TAJ") is a Maryland Corporation formed by Thomas J. Alston on June 1, 2016.

2. On August 8., 2018 TAJ obtained a loan in the principal amount of $90,500.00 from Secured Investment Funding, LLC. (hereinafter "TAJ loan").

3. The TAJ loan was secured by a Mortgage recorded among the land records of Baltimore City, Maryland at Book 20424 Page 127

4. On June 21, 2022 the TAJ loan Mortgage was assigned from Secured Investment Funding, LLC to LH-NP-STRAT Delaware Owner Trust (hereinafter "LH-NP") by virtue of an assignment of mortgage recorded among the land records of Baltimore City at Book 24830 Book 98.

5. LH-NP-STRAT retained the services of BSI Financial as its servicer.

6. On August 26, 2022 LH-NP filed a Complaint to Foreclose in the Circuit Court for Baltimore City, Maryland at Case No. 24O22000748 against Plaintiff TAJ Properties, LLC (hereinafter "TAJ"). *See* Exhibit 4 attached hereto and incorporated herein by reference.

7. On September 11, 2022 TAJ was served with a copy of said Complaint to Foreclose.

8. On September 13, 2022 TAJ joined with SWDC Investments, LLC to file the Complaint in the above captioned matter.

MOTION TO DISMISS SWDC INVESTMENTS, LLC CLAIMS

9. A limited liability company organized under the Maryland Limited Liability Company Act whose charter is forfeited is precluded from prosecuting an Action in Maryland Courts.  *See Price v. Upper Chesapeake Health Ventures*, et. al. 995 A.2d 1054 (2010).  See Also,  MD Corps & Assocs §4A-901 et. seq.; Maryland Rule 8-602(b)(1).

10. As the entity seeking relief herein is a forfeited Maryland limited liability company it lacks the capacity to sue and all claims brought by SWDC Investments, LLC should be dismissed.

MOTION TO DISMISS TAJ PROPERTIES, LLC CLAIMS

11. When a party seeks to enjoin a foreclosure, or seek declaratory relief in the federal Court those claims are barred by Res Judicata and the Anti-Injunction Act, 22 U.S.C. §2283; *See Brown v. Ocwen*, Civil 8:14-cv-03454-PJM

12. A previously filed foreclosure action precludes this action on res judicata grounds.  See *Gunter v. Agents for Int'l Monetary Fund Internal Revenue Service*, 2017 WL 219374 (D. Md. Jan. 19, 2017)

13. A Complaint to foreclose is pending in the Circuit Court for Baltimore City.

14. Further, the Defendant has filed a Motion to Stay and Dismiss therein which is identical to the instant proceeding.

15. Additionally, the Motion to Stay and Dismiss alleges that the total disputed amount is $30,000.00.

16. As a result thereof and in combination with the Motion to Dismiss the SWDC Investments, LLC dismissal, this Court would not then have jurisdiction to hear this matter as diversity jurisdiction requires the amount in controversy to exceed $75,000.00.

WHEREFORE, Defendants respectfully request that this Honorable Court dismiss the claims filed by SWDC as SWDC does not have the capacity to sue; and dismiss the claims filed by TAJ as the Circuit Court for Baltimore City has jurisdiction over the matter and diversity amounts in controversy have not been met and for such other and further relief as this Court deems just and proper.

Respectfully Submitted,

_/s/ Diana C. Theologou_____ _____
Diana C. Theologou, Esq.
11900 Parklawn Drive, Suite 320
Rockville, MD 20852
(404) 474-7149
Bar#14284
dtheologou@mtglaw.com

Mailing Address
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of November 2022 that a copy of the foregoing was served through the ECF system upon the following individuals:

Jeffrey W. Styles, Esq.
1001 Connecticut Ave NW #1138
Washington DC 20036


_/s/ Diana C. Theologou_____ _____
Diana C. Theologou, Esq.