# SWDC INVESTMENTS, LLC: W20364840

 **Notice** 

Please be aware of an **ongoing scam** in which newly registered businesses are being instructed to send additional payment in order to obtain a Certificate of Status. Any 3rd party solicitation from a company attempting to represent the 'Maryland Secretary of State' via mail or email should be fully vetted before submitting additional payment information.

**Department ID Number:**
W20364840

**Business Name:**
SWDC INVESTMENTS, LLC

**Principal Office:** 
10012 CEDARHOLLOW LN
LARGO MD 20774

**Resident Agent:** 
THOMAS ALSTON
10012 CEDARHOLLOW LN
LARGO MD 20774

**Status:**
ACTIVE

**Good Standing:**
THIS BUSINESS IS **NOT IN GOOD STANDING**

**Reason(s) Entity is NOT in Good Standing:**
Annual Report Due For 2022

**Business Type:**
DOMESTIC LLC

**Business Code:**
20 ENTITIES OTHER THAN CORPORATIONS

**Date of Formation/Registration:**
03/12/2020

**State of Formation:**
MD

**Stock Status:**
N/A

**Close Status:**

N/A