## SWDC INVESTMENTS LLC: W16888950

 **Notice** 

Please be aware of an **ongoing scam** in which newly registered businesses are being instructed to send additional payment in order to obtain a Certificate of Status. Any 3rd party solicitation from a company attempting to represent the 'Maryland Secretary of State' via mail or email should be fully vetted before submitting additional payment information.

## Filing History

The items listed below are associated with this business.

- 👁 – Click to view/print PDF (note: some items may not be available to view)
- 💬 – Click to view comment associated with this item

| Item | Date/Time Filed | Film | Folio | Pages |
|---|---|---|---|---|
| DEPT. ACTION - FORFEITURE  💬 | 10/16/2018 8:27:00 PM | | | |
| 👁  ARTICLES OF ORGANIZATION | 11/19/2015 12:43:00 PM | | | 2 |