Circuit Court of Maryland

Go Back Now

**Case Information**

Court System: **Circuit Court for Baltimore City - Civil System**
Case Number: **24O22000748**
Title: **LH-NP-strat Delaware Owner Trust vs TAJ Properties, LLC**
Case Type: **Foreclosure**   Filing Date: **08/26/2022**
Case Status: **Open/Active**

**Plaintiff/Petitioner Information**

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff**   Party No.: **1**
Business or Organization Name: **LH-NP-strat Delaware Owner Trust**

*Attorney(s) for the Plaintiff/Petitioner*

Name: **Theologou, Esq, Diana C**
Appearance Date: **08/26/2022**
Practice Name:
Address: **3550 Engineering Drive**
**Suite 260**
City: **Peachtree Corners**   State: **GA**   Zip Code: **30092**

**Defendant/Respondent Information**

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant**   Party No.: **1**
Business or Organization Name: **TAJ Properties, LLC**
Address: **1501 N Eden St**
City: **Baltimore**   State: **MD**   Zip Code: **21213**

**Related Persons Information**

*(Each Related person is displayed below)*
Party Type: **Property Address**   Party No.: **1**
Business or Organization Name: **1501 N Eden St Baltimore, MD 21213($116,721.16)**

Party Type: **Trustee**   Party No.: **1**
Business or Organization Name: **LH-NP Strat Delaware Owner Trust**

*Attorney(s) for the Related Persons*

Name: **Theologou, Esq, Diana C**
Practice Name:
Address: **3550 Engineering Drive**
**Suite 260**
City: **Peachtree Corners**   State: **GA**   Zip Code: **30092**

**Document Tracking**

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*
Doc No./Seq No.: **1/0**
File Date: **08/26/2022**   Entered Date: **08/29/2022**   Decision:

Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Order to Docket Suit**

---

Doc No./Seq No.: **2/0**
File Date: **08/26/2022**  Entered Date: **08/29/2022**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Final Loss Mitigation Analysis**

---

Doc No./Seq No.: **3/0**
File Date: **08/26/2022**  Entered Date: **08/29/2022**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Affidavit certifying ownership of debt instrument LH-NP strat delaward owner trust**

---

Doc No./Seq No.: **4/0**
File Date: **09/06/2022**  Entered Date: **09/28/2022**  Decision:
Document Name: **Affidavit of Service upon all occupants**

---

Doc No./Seq No.: **5/0**
File Date: **09/16/2022**  Entered Date: **10/05/2022**  Decision:
Document Name: **Return of Service - Served THOMAS ALSTON**

---

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*